UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORMANDY APARTMENTS
CONDOMINIUM ASSOCIATION, INC.,

       Plaintiffs,                             Civil Action No.
                                               10-CV-14573

vs.

                                               HON. MARK A. GOLDSMITH

WELLS FARGO BANK, N.A., ET AL,

       Defendants.
_____/

## ORDER TO STRIKE DOCUMENT

On June 8, 2011, Defendant Wells Fargo Bank, N.A. filed a motion for summary judgment.

The brief in support of the motion did not comply with the requirements set out in this Court's scheduling order.   In particular,

Section II.B.2 of that order states in part that a Rule 56 motion must begin with a Statement of Material facts.  The Statement "must consist of numbered paragraphs describing the facts as to which the moving party contends there is no genuine issue and that entitle the moving party to judgment as a matter of law.  Each paragraph must include specific references and citations to record evidence."

Accordingly, the Court strikes the motion for summary judgmen, docket entry # 26.

IT IS SO ORDERED.

Dated:   June 9, 2011                                 s/Mark A. Goldsmith
       Flint, Michigan                                MARK A. GOLDSMITH
                                                     United States District Judge

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 9, 2011.

                                          s/Deborah J. Goltz
                                          DEBORAH J. GOLTZ
                                          Case Manager